

ORDERED in the Southern District of Florida on June 2, 2023.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   Ana Arteaga                                             Case No: 23-12997-LMI
                                                                          Chapter 7

_____Debtor_____/

### ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO AMEND VOLUNTARY PETITION TO CORRECT DEBTOR'S NAME

THIS CAUSE, having come to be heard on Debtor's *Ex Parte* Motion to Amend Voluntary Petition to Correct Debtor's Name, it is hereby Ordered:

1. The *Ex Parte* Motion is GRANTED.

2. Debtor Ana Arteaga is hereby granted leave of the Court to file an Amended Voluntary Petition to correct the name to "Ana Leonora Arteaga Romero" as the name of the Debtor.

###

Submitted by: Jose Sabatier Esq.

Attorney Jose Sabatier Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.