Certificate Number: 03621-FLS-DE-037491204

Bankruptcy Case Number: 23-12997



03621-FLS-DE-037491204

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2023, at 12:06 o'clock AM EDT, Ana L Arteaga completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   June 7, 2023                By:   /s/Nicola ButtsWimpel

Name:   Nicola ButtsWimpel

Title:   Credit Counselor